B1 (Official Form 1) (1/08)

| United States Bankruptcy Court  NORTHERN DISTRICT OF ILLINOIS | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):  **Howard, Betty** | Name of Joint Debtor (Spouse) (Last, First, Middle):  **Howard, Wayne** |
|---|---|
| All Other Names used by the Debtor in the last 8 years  (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years  (include married, maiden, and trade names): |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **0515** | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **5190** |
| Street Address of Debtor (No. and Street, City, and State):  **3725 Mustang Rd**  **Joliet IL.**                                    ZIP CODE **60435** | Street Address of Joint Debtor (No. and Street, City, and State):  **3725 Mustang Rd.**  **Joliet IL.**                              ZIP CODE **60435-8911** |
| County of Residence or of the Principal Place of Business:  **Il** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  **3725 Mustang Rd.**  **Joliet IL.**                                  ZIP CODE **60435-8911** | Mailing Address of Joint Debtor (if different from street address):  **3725 Mustang Rd.**  **Joliet IL.**                            ZIP CODE **60435-8911** |
| Location of Principal Assets of Business Debtor (if different from street address above):                        ZIP CODE | |

| Type of Debtor  (Form of Organization)  (Check one box.) | Nature of Business  (Check one box.) | Chapter of Bankruptcy Code Under Which  the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)  *See Exhibit D on page 2 of this form.*  ☐ Corporation (includes LLC and LLP)  ☐ Partnership  ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)  _____ | ☐ Health Care Business  ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)  ☐ Railroad  ☐ Stockbroker  ☐ Commodity Broker  ☐ Clearing Bank  ☐ Other  **Tax-Exempt Entity**  (Check box, if applicable.)  ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7        ☐ Chapter 15 Petition for  ☐ Chapter 9           Recognition of a Foreign  ☐ Chapter 11          Main Proceeding  ☐ Chapter 12        ☐ Chapter 15 Petition for  ☐ Chapter 13          Recognition of a Foreign                        Nonmain Proceeding  **Nature of Debts**  (Check one box.)  ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.  ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.  ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**  ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).  **Check if:**  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  **Check all applicable boxes:**  ☐ A plan is being filed with this petition.  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.  ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (1/08)                                                                                      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Howard, Betty -and- Howard, Wayne** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Howard, Betty -and- Howard, Wayne** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

8152726579
Telephone Number (if not represented by attorney)

12-12-09
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

NoRTHERN District of ILLINOIS

In re Howard, Betty -and- Howard, Wayne

Debtor

Case No._____

*(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*

Date: 12\12\09

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

No**RTHERN** District of <u>ILLINOIS</u>

In re <u>Howard, Betty -and- Howard, Wayne</u>                    Case No._____
              Debtor                                                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Case 09-47962    Doc 1    Filed 12/18/09    Entered 12/18/09 14:27:12    Desc Main
                        Document       Page 7 of 81

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

_____


**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Betty Harla...*

Date: 12/12/09

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### _NORTHERN_ District Of  ILLINOIS

In re  **Howard, Betty**_____ ,
              Debtor

Case No. _____

Chapter  7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $  185087 | | |
| B - Personal Property | | 3 | $   13445 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $  191715 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 2 | | $       0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 26 | | $  124979 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | | 1 | | | $   4786 |
| J - Current Expenditures of Individual Debtors(s) | | 1 | | | $   5002 |
| TOTAL | | | $  198532 | $  316694 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### NORTHERN District Of ILLINOIS

In re  **Howard, Betty**_____,              Case No. _____
                    Debtor
                                                       Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0 |
| Student Loan Obligations (from Schedule F) | $ | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0 |
| TOTAL | $ | 0 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4786 |
| Average Expenses (from Schedule J, Line 18) | $ | 5002 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ | 7860 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0 |
| 4. Total from Schedule F | | $ | 124979 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 124979 |

B6A (Official Form 6A) (12/07)

In re Howard, Betty _____,                 Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Family Residence**<br>**Loc: 3725 Mustang Rd Joliet Il** | Fee Simple | J | 185087 | 185000 |
| | | Total► | 185087 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re __Howard, Betty_____,                    Case No. _____
           **Debtor**                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Items - In House | J | 2000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing - In My Closet | J | 200 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re Howard, Betty _____,                    Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re Howard, Betty_____,                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Haudai Sonata - At House<br>2002 Dodge Intrepid - House | J<br>J | 6745<br>4500 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    __0__ continuation sheets attached    Total▶    $ 13445

                    (Include amounts from any continuation
                    sheets attached.  Report total also on
                    Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  Howard, Betty_____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                            $136,875.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2004 Haudai Sonata | 735-5/12-1001(c) | 6745 | 6745 |
| 2002 Dodge Intrepid | 735-5/12-1001(c) | 4500 | 4500 |
| Family Residence | 735-5/12-901; 735-5/12-906 | 185087 | 185087 |
| Clothing | 735-5/12-1001(a)(b) | 200 | 200 |
| Household Items | 735-5/12-1001(a)(b); | 2000 | 2000 |

B6D (Official Form 6D) (12/07)

In re Howard, Betty _____ ,    Case No. _____

           Debtor                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13388495<br><br>American General<br><br>P O Box 790368<br>St Louis MO 63179 | | J | 2006<br>Loan<br><br>2002 Dodge Intrepid<br><br>VALUE $ 4500 | | | | 1140 | 0 |
| ACCOUNT NO. 0771206994<br><br>Citimortgage<br><br>P O Box 689196<br>Des Moines IA 50368 | | J | 2006<br>House<br><br>Family Residence<br><br>VALUE $ 185087 | | | | 185000 | 0 |
| ACCOUNT NO. 00270887123<br><br>Hinsdale Bank & Trust<br><br>25 East First St<br>Hinsdale IL 60521 | | J | 2008<br>Car Loan<br><br>2004 Hundai Sonata<br><br>VALUE $ 6745 | | | | 5575 | 0 |

_____ continuation sheets attached

Subtotal ▶<br>(Total of this page)              $ 191715           $ 0

Total ▶<br>(Use only on last page)            $ 191715           $ 0

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re _____,                              Case No._____
                    **Debtor**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."         If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re _____ ,    Case No._____
                **Debtor**                                                    **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_    continuation sheets attached

**B6F (Official Form 6F) (12/07)**

In re Howard, Betty_____,     Case No. _____
          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5466160011105796 <br><br> **Academy Collection Service** <br><br> P O Box 16119 <br> **Philadelphia PA 19114-0119** | | H | 10/14/09 <br><br> **Credit Card** | | | | 2857 |
| ACCOUNT NO. 5466160003063565 <br><br> **Academy Collection Service** <br><br> 10965 Decatur Rd <br> File #17566297 <br> **Philadelphia PA 19154-3210** | | W | 8/25/09 <br><br> **Credit Card** | | | | 2884 |
| ACCOUNT NO. 4663060001408859 <br><br> **Acounts Receivable Management** <br> P O Box 129 <br> Arm #13792102 <br> **Thorofare NJ 08086-0129** | | W | 3/2/09 <br><br> **Credit Card** | | | | 1018 |
| ACCOUNT NO. 7410023 <br><br> **Adventist Hinsdale Hospital** <br> P O Box 9247 <br> **Oak Brook IL 60522** | | H | 4/30/09 <br><br> **Medical** | | | | 163 |

25 continuation sheets attached

Subtotal▶  $ 6922

Total▶  $
*(Use only on last page of the completed Schedule F.)*
*(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)*

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                          Case No. _____
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7481914 <br><br> Adventist Hinsdale Hospital <br> P O Box 9247 <br> Oak Brook IL 60522 | | H | 8/10/09 <br><br> Medical | | | | 65 |
| ACCOUNT NO. 7515684 <br><br> Adventist Hinsdale Hospital <br> P O Box 9247 <br> Oak Brook IL 60522 | | H | 9/24/09 <br><br> Medical | | | | 100 |
| ACCOUNT NO. 113421705 <br><br> Advocate Good Samaritan Hospit <br> P O Box 1010 <br> Tinley Park IL 60477-9110 | | W | 11/10/05 <br><br> Medical | | | | 216 |
| ACCOUNT NO. 294589498 At&t <br><br> Afni Collections <br> P.o. Box 3427 <br> Ref 032304622-02 <br> Bloomington IL 61702-3427 | | W | 5/24/09 <br><br> Cell Phone | | | | 327 |
| ACCOUNT NO. Xxxxxxxxxxx4654 <br><br> Allied International Credit Co <br> 100 East Shore Drive 3rd Fl <br> Ref 6339270 <br> Glen Allen VA 23059 | | W | 3/4/09 <br><br> Credit Card | | | | 885 |

Sheet no. 2 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 1593

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____ ,   Case No. _____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pin # 8968551989 <br><br> American Medical Collection Ag <br> P.o. Box 1235 <br> Elmsford NY 10523-0935 | | W | 9/20/07 <br><br> Collection | | | | 75 |
| ACCOUNT NO. 5458 0015 0311 0904 <br><br> Ameriquest <br> P O Box 17151 <br> Baltimore MD 21297-1151 | | H | 9/11/07 <br><br> Credit Card | | | | 1620 |
| ACCOUNT NO. 7943 <br><br> Associate Pathologists Joliet <br> 39784 Treasury Center <br> Chicago IL 60694-9700 | | H | 5/31/09 <br><br> Medical | | | | 6 |
| ACCOUNT NO. Ends In 6540 <br><br> Barclas Bank Delaware <br> P O Box 3330 <br> 13053562 <br> Olathe KS 66063-3330 | | W | 7/1/09 <br><br> Credit Card | | | | 1193 |
| ACCOUNT NO. 514021800044 <br><br> Barclay <br> 125 S West St <br> Wilmington DE 19801 | | W | 3/06 <br><br> Credit Card | | | | 983 |

Sheet no. 3 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3877

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                              ,  Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8002113111 <br><br> Bass & Associates <br> 3936 E Fort Lowell Rd <br> Tucson AZ 85712-1083 | | H | 2/1/09 <br><br> Credit Card | | | | 1311 |
| ACCOUNT NO. 37 38 537578361 7 <br><br> Bottom Line Books <br> P O Box 11014 <br> Des Moines ID 50336-1014 | | H | 6/27/08 <br><br> Books | | | | 36 |
| ACCOUNT NO. 4185866257114887 <br><br> Bureau Of Collection Recovery <br> 7575 Corporate Way <br> Ac 41898495 <br> Eden Prairie MN 55344 | | W | 3/3/09 <br><br> Credit Card | | | | 1935 |
| ACCOUNT NO. 6011380006743157 <br><br> Bureau Of Collection Recovery <br> P.o. Box 9001 <br> 42599518 <br> Minnetonka MN 55345-9001 | | W | 6/29/09 <br><br> Credit Card | | | | 2002 |
| ACCOUNT NO. 294589498 At&t / <br><br> Bureau Of Collection Recovery <br> P.o. Box 9001 <br> 30204606 <br> Minnetonka MN 55345-9001 | | W | 9/12/07 <br><br> Cell Phone | | | | 327 |

Sheet no. 4 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 5611

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,   Case No. _____
                    **Debtor**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 604161<br><br>Burr Ridge Family Medicine<br>P.o. Box 7001<br>Bolingbrook IL 60440-7001 | | W | 6/1/09<br><br>Medical | | | | 390 |
| ACCOUNT NO. 827719<br><br>Burr Ridge Family Medicine<br>P.o. Box 7001<br>Bolingbrook IL 6040 | | H | 6/1/09<br><br>Medical | | | | 480 |
| ACCOUNT NO. 4158 8659 7234 1577<br><br>Capital Management Service<br>726 Exchange St Suite 700<br>Buffalo NY 14210 | | H | 3/3/09<br><br>Credit Card | | | | 1840 |
| ACCOUNT NO. 5179 0521 1968 9087<br><br>Capital One<br>P.o. Box 6492<br>Carol Stream IL 60197-6492 | | H | 5/29/09<br><br>Credit Card | | | | 906 |
| ACCOUNT NO. 4862 3626 6184 6413<br><br>Capital One<br>P.o. Box 6492<br>Carol Stream IL 60197-6492 | | W | 5/29/09<br><br>Credit Card | | | | 1117 |

Sheet no. 5 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 4733

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____ ,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. File #rz4614<br><br>Ccb Credit Service<br>P.o. Box 272<br>Springfield IL 62705-0272 | | H | 4/13/09<br><br>Credit Card | | | | 316 |
| ACCOUNT NO. Card<br><br>Ccb Credit Services<br>P.o. Box 272<br>File # Rz6579<br>Springfield IL 62705-0272 | | W | 3/9/09<br><br>Credit Cards | | | | 1185 |
| ACCOUNT NO. 4185866257114887<br><br>Chase<br>P O Box 15153<br>Wilmington DE 19886-5153 | | W | 5/11/09<br><br>Credit Card | | | | 2147 |
| ACCOUNT NO. 4185-8659-7234-1577<br><br>Chase<br>Cardmember Service<br>P.o. Box 15153<br>Wilmington DE 19886-5153 | | H | 07/07/09<br><br>Credit Card | | | | 2156 |
| ACCOUNT NO. 5466160011105796<br><br>Citibank<br>10965 Decatur Rd<br>Philadelphia PA 19154 | | H | 10/14/09<br><br>Credit Car | | | | 2857 |

Sheet no. 6 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 8661

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,  Case No. _____
_____ Debtor _____  _____ (if known) _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5466160003063565 <br> Citibank Aadvantage <br> P O Box 140310 <br> Toledo OH 43614 | | W | 7/20/09 <br> Credit Card | | | | 2746 |
| ACCOUNT NO. 5466160011105796 <br> Citibank South Dakota <br> P.o. Box 722910 <br> Houston TX 77272-2910 | | H | 6/9/09 <br> Credit Card | | | | 2595 |
| ACCOUNT NO. 5466160013995830 <br> Citicorp Credit Services <br> P.o. Box 140310 <br> Toledo OH 43614 | | W | 4/21/09 <br> Credit Card | | | | 2337 |
| ACCOUNT NO. 5466160003063565 <br> Citicorp Credit Services <br> P.o. Box 140310 <br> Toledo OH 43614 | | W | 3/18/09 <br> Credit Card | | | | 2746 |
| ACCOUNT NO. Rg-1843 <br> City Of Joliet-alarm System <br> 150 W. Washington St <br> Joliet IL 60432 | | H | 8/3/09 <br> Alarm System | | | | 60 |

Sheet no. 7 of 26 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 10484

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re Howard, Betty _____,    Case No. _____
              **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 23529<br><br>Cits In Cardiovasc Med<br>P O Box 3170<br>Carol Stream IL 60132-3170 | | H | 8/14/09<br><br>Medical | | | | 40 |
| ACCOUNT NO. 405359<br><br>Collection Professionals<br>P O Box 416<br>La Salle IL 61301 | | H | 10/28/09<br><br>Medical | | | | 168 |
| ACCOUNT NO. 23529<br><br>Consultants In Cardiovascular<br>P O Box 3170<br>Carol Stream IL 60132 | | H | 11/16/09<br><br>Medical | | | | 40 |
| ACCOUNT NO. 3252405<br><br>Creditors Collection Bureau<br>P O Box 63<br>Kankakee IL 60901 | | H | 11/2/09<br><br>Medical | | | | 174 |
| ACCOUNT NO. E74447-d70544<br><br>Creditors Discount & Audit<br>P O Box 213<br>Joliet Fire Department<br>Streator IL 61364 | | H | 7/1/09<br><br>Medical | | | | 110 |

Sheet no. _8_ of _26_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 532

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,    Case No. _____
                    Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. E48887  Digestive<br><br>Creditors Discount & Audit Co<br>415 E Main St<br>E48887-d73143<br>Streator IL 61364-0213 | | H | 3/31/09<br><br>Medical | | | | 276 |
| ACCOUNT NO. 37781<br><br>Csf Security System<br>5137 W Foster Ave<br>Chicago IL 60630 | | J | 7/18/07<br><br>Security Company | | | | 324 |
| ACCOUNT NO. 6011-3800-0674-3157<br><br>Direct Merchants Bank<br>Payment Center<br>P.o. Box 17313<br>Baltimore MD 21297-1313 | | W | 6/15/09<br><br>Credit Card | | | | 1948 |
| ACCOUNT NO. 6011-3800-1017-0322<br><br>Direct Merchants Bank<br>Payment Center<br>P.O. Box 17313<br>Baltmore MD 21297-1313 | | H | 6/9/09<br><br>Credit Card | | | | 3052 |
| ACCOUNT NO. 56085001<br><br>Dupage Emergency Phys<br>140 Renaissance Dr<br>Park Ridge IL 60068 | | W | 4/06<br><br>Medical | | | | 82 |

Sheet no. 9  of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 5682

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Howard, Betty** _____,     Case No. _____
        **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **H000117854** <br><br> **Em Strategies** <br> **1175 Devin Dr  Ste 173** <br> **C/o Medical Business Bureau** <br> **Norton Shores MI 49441** | | H | 09 <br><br> **Medical** | | | | 516 |
| ACCOUNT NO. **H000119948** <br><br> **Em Strategies** <br> **1175 Devin Dr  Ste 173** <br> **Norton Shores MI 49441** | | H | 09 <br><br> **Medical** | | | | 458 |
| ACCOUNT NO. **003 30370** <br><br> **Em Strategies Ltd** <br> **P O Box 366** <br> **Hinsdale IL 60522** | | H | 7/8/09 <br><br> **Medical** | | | | 458 |
| ACCOUNT NO. **Ends 6540** <br><br> **Encore** <br> **P O Box 47248** <br> **Oak Park MI 48237** | | W | 7/1/09 <br><br> **Credit Card** | | | | 1193 |
| ACCOUNT NO. **Ending 3633** <br><br> **Encore Receivable Management** <br> **P O Box 47248** <br> **Encore # 3780755** <br> **Oak Park IL 48237** | | W | 11/26/08 <br><br> **Credit Card** | | | | 2049 |

Sheet no. **10** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 4674

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                          ,          Case No. _____
         Debtor                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13089819<br><br>Encore Receivable Managemt<br>P O Box 47248<br>Oak Park MI 48237 | | W | 7/28/09<br><br>Credit Card | | | | 2926 |
| ACCOUNT NO. 4185866257114887<br><br>Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 | | W | 6/19/09<br><br>Credit Card | | | | 2147 |
| ACCOUNT NO. 16850208<br><br>Enhanced Recovery Corporation<br>P.o> Box 1967<br>Southgate MI 48195-0967 | | H | 2/20/09<br><br>Credit Card | | | | 2064 |
| ACCOUNT NO. 5458001503110904<br><br>Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 | | H | 5/8/09<br><br>Credit Card | | | | 2206 |
| ACCOUNT NO. 4862 3626 6184 6413<br><br>First Source Advantage<br>P.o. Box 628<br>Ref 13435197<br>Buffalo NY 14240-0628 | | W | 6/25/09<br><br>Credit Card | | | | 1201 |

Sheet no. 11 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 10544

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re Howard, Betty _____,   Case No. _____

Debtor   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08951161500<br><br>Geha<br>P O Box 4665<br>Independence MO 64051-4665 | | W | 10/27/08<br><br>Medical | | | | 169 |
| ACCOUNT NO. G33001025<br><br>Gottlieb Memorial Hospital<br>P O Box 74867<br>Chicago IL 60694 | | H | 9/15/09<br><br>Medical | | | | 156 |
| ACCOUNT NO. 15273603091101984<br><br>Hilco Receivables<br>8001 N Lincoln Ave  Suite 402<br>4185866257114887<br>Skokie IL 60077 | | W | 11/12/09<br><br>Credit | | | | 2147 |
| ACCOUNT NO. 0023-12796458<br><br>Hrrg<br>P O Box 5406<br>0085220653-12796458<br>Cincinnati OH 45273 | | H | 7/26/09<br><br>Medical | | | | 301 |
| ACCOUNT NO. Eox888<br><br>Hrrg<br>P.o. Box 189053<br>Plantation FL 33318-9053 | | H | 8/13/08<br><br>Medical | | | | 466 |

Sheet no. 12 of 26 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 3239

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,  Case No. _____
             **Debtor**                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0067206730-1175936 <br><br> Hrrg <br> P O Box 5406 <br> Cincinnati OH 45273-7942 | | W | 5/29/07 <br><br> Medical | | | | 43 |
| ACCOUNT NO. Ending In 7206 <br><br> Hsbc Bank <br> C/o Redline Recovery Services <br> 11675 Rainwater Dr  Ste 350 <br> Alpharetta GA 30009-8693 | | H | 6/22/09 <br><br> Credit Card | | | | 554 |
| ACCOUNT NO. 5488-9750-1974-2181 <br><br> Hsbc Card Service <br> P.o. Box 17051 <br> Baltimore MD 21297-1051 | | W | 6/28/09 <br><br> Credit Card | | | | 491 |
| ACCOUNT NO. 16850208 <br><br> Hsbc Card Service <br> P.o. Box 60102 <br> City Of Industry CA 91706-0102 | | H | 2/20/09 <br><br> Credit Card | | | | 2064 |
| ACCOUNT NO. 5458-0015-0311-0904 <br><br> Hsbc Card Service <br> Payment Center <br> P.o. Box 17313 <br> Baltimore MD 21297-1313 | | H | 5/8/09 <br><br> Credit Card | | | | 2206 |

Sheet no. 13 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 5358

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,   Case No. _____
        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4663-0600-0140-8855<br><br>Hsbc Card Service<br>P.o. Box 17051<br>Baltimore MD 21297-1051 | | W | 5/20/09<br><br>Credit Card | | | | 1087 |
| ACCOUNT NO. 003479<br><br>Hssi Dba Reza Gamagami Md<br>P.o. Box 294<br>Bedford Park IL 60499-0294 | | H | 6/2/09<br><br>Medical | | | | 273 |
| ACCOUNT NO. 44087760-362-599-pe<br><br>I.c. System Inc<br>444 Highway 96 East<br>File # 4185866257114887<br>St Paul MN 55164-0887 | | W | 1/18/09<br><br>Credit Card | | | | 1889 |
| ACCOUNT NO. 10296144<br><br>Illinois Collection Service<br>P O Box 1010<br>Tinley Par IL 60477-9110 | | H | 12/26/07<br><br>Medical | | | | 369 |
| ACCOUNT NO. Howwa000<br><br>Internal Medicine & Family<br>1719 Glenwood Ave<br>Joliet IL 60435 | | H | 8/14/08<br><br>Medical | | | | 167 |

Sheet no. 14 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3785

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                          ,                    Case No. _____
        Debtor                                                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6031022388<br><br>Joliet Radiological Service<br>P O Box 1010<br>Tinley Park IL 60477-9110 | | H | 6/27/07<br><br>Medical | | | | 369 |
| ACCOUNT NO. 51402180-0044-6540<br><br>Juniper<br>P.o. Box 13337<br>Philadelphia PA 19101-3337 | | W | 6/28/09<br><br>Credit Card | | | | 1192 |
| ACCOUNT NO. 7410023<br><br>Malcolm S Gerald & Assoc<br>332 South Michigan Ave Suite 6<br>File # 011<br>Chicago IL 60604 | | H | 10/1/09<br><br>Medical | | | | 163 |
| ACCOUNT NO. 5458-0015-39938-348<br><br>Mastercard<br>Payment Center<br>P.o. Box 17313<br>Baltimore MD 21297-1313 | | W | 6/5/09<br><br>Credit Card | | | | 2915 |
| ACCOUNT NO. H000119948<br><br>Medical Business Bureau<br>P O Box 1219<br>Park Ridge IL 60068 | | H | 09<br><br>Medical | | | | 458 |

Sheet no. 15 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ 5097

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,   Case No. _____
　　　　　　Debtor   　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. H000117854 Medical Business Bureau P O Box 1219 Park Ridge IL 60068 | | H | 09 Medical | | | | 516 |
| ACCOUNT NO. 8531215753 Midland Credit Management P.o. Box 60578 Los Angeles CA 90060 | | W | 12/27/09 Credit | | | | 2039 |
| ACCOUNT NO. Ends In 2100 Midland Credit Management C/o Encore P O Box 3330 Olathe KS 66063 3330 | | W | 7/28/09 Credit Card | | | | 2926 |
| ACCOUNT NO. 239447 Midwest Heart Specialists 2396 Paysphere Circle Chicago IL 60674 | | H | 2/6/06 Medical | | | | 10 |
| ACCOUNT NO. 5242802 Miramed Revenue Group Llc P.o. Box 77000 Dept 77304 Detroit MI 48377-0304 | | H | 8/13/08 Medical | | | | 1153 |

Sheet no. 16 of 26 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 6644

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                      ,        Case No. _____
                    Debtor                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 685767400 <br><br> Nco <br> P O Box 15636 <br> Wilmington DE 19850 | | W | 12/06 <br><br> Medical | | | | 298 |
| ACCOUNT NO. 5179 0521 1968 9087 <br><br> Nco Financial System <br> 507 Prudential Rd <br> Ref Lhj337 <br> Horsham PA 19044 | | H | 5/29/09 <br><br> Credit Card | | | | 1041 |
| ACCOUNT NO. Aed370 <br><br> Nco Financial Systems <br> P O Box 15372 <br> Wilmington DE 19850-5372 | | W | 11/6/09 <br><br> Credit | | | | 1192 |
| ACCOUNT NO. 269129a <br><br> No Il Emerg & Occup Med <br> 33786 Treasury Center <br> Chicago IL 60694-3700 | | H | 8/14/09 <br><br> Medical | | | | 226 |
| ACCOUNT NO. 269129a <br><br> No Il Emerg & Occup Med Spec <br> 33786 Treasury Center <br> Chicago IL 60694 | | H | 10/23/09 <br><br> Medical | | | | 42 |

Sheet no. 17 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2799

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Howard, Betty**                                                                   ,        Case No. _____
                          **Debtor**                                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00049565732 <br><br> North Shore Agency <br> P O Box 8901 <br> Westbury NY 11590-8901 | | H | 5/22/07 <br><br> Book | | | | 23 |
| ACCOUNT NO. F40235235 <br><br> Northland Group <br> P O Box 390905 <br> Minneapolis MN 55439 | | W | 9/26/09 <br><br> Credit Card | | | | 2336 |
| ACCOUNT NO. 4663-0900-0461-7206 <br><br> Orchard Bank <br> Hsbc Card Services <br> P.o. Box 17051 <br> Baltimore MD 21297-1051 | | H | 5/26/09 <br><br> Credit Card | | | | 554 |
| ACCOUNT NO. 4663060001408859 <br><br> P & B  Capital Group <br> 461 Ellicott St.  3rd Fl <br> File # 892921 <br> Buffalo NY 14203-1519 | | W | 6/30/09 <br><br> Credit Card | | | | 1103 |
| ACCOUNT NO. 15325002090812580 <br><br> P Scott Lowery Pc <br> 4500 Cherry Creek Dr South <br> Suite 700 <br> Denver CO 80246 | | W | 8/31/09 <br><br> Credit Card | | | | 2494 |

Sheet no. 18 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 6510

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,    Case No. _____
　　　　　　　Debtor    　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 114234303-1 <br><br> Pain Vanish <br> P O Box 70101 <br> Philadelphia PA 19176-0101 | | H | 4/28/08 <br><br> Medical | | | | 20 |
| ACCOUNT NO. 228-271360-1 <br><br> Pathology Labooratory Consulta <br> 6965 Reliable Parkway <br> Chicago IL 60686-0001 | | H | 7/6/09 <br><br> Medical | | | | 9 |
| ACCOUNT NO. 6019-1712-0135-3633 <br><br> Peach Direct/ge Money Bank <br> P.o. Box 960061 <br> Orlando FL 32896-0061 | | W | 4/4/09 <br><br> Credit Card | | | | 2493 |
| ACCOUNT NO. Dc0026483500 <br><br> Pellettieri & Assoc <br> 991 Oak Creek Dr <br> Ref 4183893 <br> Lombard IL 60148-6408 | | W | 5/29/07 <br><br> Medical | | | | 184 |
| ACCOUNT NO. 14640032-23-19901 <br><br> Prairie Emergency Phys <br> P O Box 635225 <br> Cincinnati OH 45263-0043 | | H | 5/31/09 <br><br> Medical | | | | 196 |

Sheet no. 19 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2902

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                              ,        Case No. _____
            Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0067725002-1279645 <br><br> Prairie Emergency Phys <br> P O Box 5406 <br> Cincinnati OH 45273-7942 | | H | 6/27/07 <br><br> Medical | | | | 231 |
| ACCOUNT NO. 0077012113-1464003 <br><br> Prairie Emergency Serice <br> P.o. Box 5406 <br> Cincinnati OH 45273-7942 | | H | 8/13/08 <br><br> Medical | | | | 466 |
| ACCOUNT NO. 12796458-23-19901 <br><br> Prairie Emergency Services <br> P O Box 189016 <br> Plantation FL 33318-0016 | | H | 9/25/09 <br><br> Medical | | | | 301 |
| ACCOUNT NO. 11759364-23-19901 <br><br> Prairie Emergency Services <br> P O Box 635225 <br> Cincinnati OH 45263-0043 | | W | 8/17/07 <br><br> Medical | | | | 522 |
| ACCOUNT NO. 4185865972341577 <br><br> Progressive Financial Services <br> P O Box 22083 <br> Tempe AZ 85285 | | H | 2/17/09 <br><br> Credit Card | | | | 1840 |

Sheet no. 20 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $ 3360

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                                    , Case No. _____
                    Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dc0026483500 <br> Provena Saint Joseph Medical <br> 75 Remittance Drive Suite 1366 <br> Chicago IL 60675-1366 | | W | 5/29/07 <br> Medical | | | | 1398 |
| ACCOUNT NO. Dc0027068198 <br> Provena St Joseph Medical <br> 75 Remittance Dr  Suite 1959 <br> Chicago IL 60675-1959 | | H | 9/09 <br> Medical | | | | 646 |
| ACCOUNT NO. Dc0027025149 <br> Provena St Joseph Medical <br> 75 Remittance Dr  Suite 1959 <br> Chicago IL 60675-1959 | | H | 9/30/09 <br> Medical | | | | 174 |
| ACCOUNT NO. Dc0027129831 <br> Provena St Joseph Medical Cent <br> 75 Remittance Dr Suite 1959 <br> Chicago IL 60675 | | H | 10/26/09 <br> Medical | | | | 874 |
| ACCOUNT NO. Dc0026801026 <br> Provena St Joseph Medical Cent <br> 75 Remittance Dr <br> Suite 1366 <br> Chicago IL 60675-1366 | | H | 8/13/08 <br> Medical | | | | 1153 |

Sheet no. 21 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 4245

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty
_____,        Case No. _____
            **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dc0027025149 <br><br> Provena St Joseph Medical Cent <br> 75 Remittance Dr Suite 1366 <br> Chicago IL 60675-1366 | | H | 6/30/09 <br><br> Medical | | | | 173 |
| ACCOUNT NO. Invoice # <br><br> Quest Diagnostics Incorporated <br> P O Box 65804 <br> Baltimore MD 21264-4804 | | W | 9/20/07 <br><br> Medical | | | | 76 |
| ACCOUNT NO. H3475077 <br><br> Redline Recovery Services <br> 11675 Rainwater Dr  Ste 350 <br> Alpharetta GA 30009-8693 | | H | 6/22/99 <br><br> Credit Card | | | | 554 |
| ACCOUNT NO. 49565732 <br><br> Reiman Publications <br> P.o. Box 4002872 <br> Des Moines IA 50340-2872 | | H | 8/31/06 <br><br> Books | | | | 23 |
| ACCOUNT NO. Dc0026483500 <br><br> Revenue Cycle Partners <br> 2870 Stoner Court Suite 300 <br> North Liberty ID 5237-8525 | | W | 5/29/07 <br><br> Medical | | | | 184 |

Sheet no. 22 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1010

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty _____,   Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Rjm 50570**<br><br>**Rjm Pathology Consultants**<br>**34520 Eagle Way**<br>**Chicago IL 60678-1340** | | H | 8/14/09<br><br>**Medical** | | | | 89 |
| ACCOUNT NO. **A0006000000169972**<br><br>**Salt Creek Family Medicine**<br>**P O Box 7001**<br>**Bolingbrook IL 60440-7001** | | H | 11/18/08<br><br>**Medical** | | | | 62 |
| ACCOUNT NO. **14437**<br><br>**Salt Creek Medical Imaging**<br>**777 Oakmont Lane Suite 1200**<br>**Westmont IL 60559** | | H | 11/07/07<br><br>**Medical** | | | | 234 |
| ACCOUNT NO. **F025967829**<br><br>**Silver Cross Hospital**<br>**P O Box 100**<br>**Joliet IL 60434-0100** | | H | 6/8/09<br><br>**Medical** | | | | 338 |
| ACCOUNT NO. **F025930330**<br><br>**Silver Cross Hospital**<br>**P O Box 100**<br>**Joliet IL 60434-0100** | | H | 6/2/09<br><br>**Medical** | | | | 100 |

Sheet no. 23 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 823

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                    ,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. F025967829 <br><br> Silver Cross Hospital <br> P O Box 100 <br> Joliet IL 60434-0100 | | H | 6/8/09 <br><br> Medical | | | | 338 |
| ACCOUNT NO. 15330-qsok <br><br> Stephen Sokalski <br> 777 Oakmont Lane Suite 1600 <br> C/o Klo Professional Billing <br> Wesmont IL 60559 | | H | 9-26-09 <br><br> Medical | | | | 9 |
| ACCOUNT NO. 74844 <br><br> Suburban Cardiologists <br> 333 Chestnut St <br> Hinsdale IL 60521 | | H | 5/30/07 <br><br> Medical | | | | 67 |
| ACCOUNT NO. 93349 <br><br> Suburban Pulmonary & Sleep Ass <br> 700 E Ogden Ave #202 <br> Westmont IL 60559 | | H | 9/24/09 <br><br> Medical | | | | 28 |
| ACCOUNT NO. 76-7711681 <br><br> Suburban Radiologist <br> 1446 Momentum Place <br> Chicago IL 60689 | | H | 10/26/09 <br><br> Medical | | | | 51 |

Sheet no. 24 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 493

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty
_____,
            Debtor

Case No. _____
                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 76-7711681<br><br>Suburban Radiologists Sc<br>1446 Momentum Place<br>Chicago IL 60689-5314 | | H | 9/28/09<br><br>Medical | | | | 47 |
| ACCOUNT NO. 5466160003063565<br><br>United Collection Bureau<br>5620 Southwyck Blvd Suite 206<br>Ucb 50741573<br>Toledo OH 33614 | | W | 7/20/09<br><br>Credit Card | | | | 2746 |
| ACCOUNT NO. 5466160003063565<br><br>United Collection Bureau<br>5620 Southwyck Blvd Suite 206<br>Ucb # 50741573<br>Toledo OH 43614 | | W | 3/18/09<br><br>Credit Card | | | | 2458 |
| ACCOUNT NO. 5466160013995830<br><br>United Collection Bureau<br>5620 Southwyck Blvd Suite 206<br>Ucb #50792866<br>Toledo OH 43614 | | W | 4/21/09<br><br>Credit Card | | | | 2337 |
| ACCOUNT NO. 5466160011105796<br><br>United Recovery System<br>P.o. Box 722910<br>Urs #11689176<br>Houston TX 77272-2910 | | H | 06/09/09<br><br>Credit Card | | | | 2595 |

Sheet no. 25 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 10183

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Howard, Betty                                                 ,        Case No. _____
                          Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3527<br><br>Village Of Franklin Park<br>9500 Belmont Ave<br>Franklin Park IL 60131 | | H | 8/14/09<br><br>Medical | | | | 1200 |
| ACCOUNT NO. 386786<br><br>Visvanatha V Giri Md<br>1060 West 143rd St  Suite B<br>Orland Park IL 60462 | | H | 3/10/09<br><br>Medical | | | | 169 |
| ACCOUNT NO. 4185865972341577<br><br>Washingon Mutual<br>P O Box 660548<br>Dallas TX 75266-0548 | | H | 2/17/09<br><br>Credit Card | | | | 1841 |
| ACCOUNT NO. 44087760-362-599-pe<br><br>Washington Mutual<br>P O Box 660548<br>File #4185866257114887<br>Dallas TX 75266-0548 | | W | 1/18/09<br><br>Credit Card | | | | 1889 |
| ACCOUNT NO. Howwa000<br><br>Zorub Clinic Ltd<br>4700 W 95th St  Suite 201<br>Oak Lawn IL 60453 | | H | 6/4/09<br><br>Medical | | | | 119 |

Sheet no. 26 of 26 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 5218

Total▶ | $ 124979
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re Howard, Betty _____ ,          Case No._____
                    **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re **Howard, Betty** _____ ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

**[X]**   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**B6I (Official Form 6I) (12/07)**

In re Howard, Betty                                              , Case No. _____
_____
Debtor                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): 2 sons | | AGE(S): 24, 27 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Document Specialist | letter carrier |
| Name of Employer | CB&I | US Postal SVC |
| How long employed | 21/2 years | 24 1/2 years |
| Address of Employer | 14105 S Route 59, Plainfield, IL 60544 | 9760 Franklin Ave, Franklin Park, IL 60131 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3220 | $ 4130 |
| 2. Estimate monthly overtime | $ 0 | $ 350 |
| 3. SUBTOTAL | $ 3220 | $ 4480 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 621 | $ 926 |
| b. Insurance | $ 50 | $ 182 |
| c. Union dues | $ 0 | $ 45 |
| d. Other (Specify): 401K | $ 161 | $ 1089 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 832 | $ 2242 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2388 | $ 2238 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. Income from real property | $ 0 | $ 0 |
| 9. Interest and dividends | $ 0 | $ 0 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ 0 |
| 11. Social security or government assistance (Specify): | $ 0 | $ 0 |
| 12. Pension or retirement income | $ 0 | $ 0 |
| 13. Other monthly income (Specify): paper route | $ 160 | $ 0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 160 | $ 0 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2548 | $ 2238 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $4786 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____
_____
_____

**B6J (Official Form 6J) (12/07)**

In re __Howard, Betty_____ ,      Case No. _____
              **Debtor**                                                   **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1869 |
|    a. Are real estate taxes included?   Yes ✓   No | | |
|    b. Is property insurance included?   Yes ✓   No | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 185 |
|    b. Water and sewer | | $ 85 |
|    c. Telephone | | $ 168 |
|    d. Other   cable | | $ 145 |
| 3. Home maintenance (repairs and upkeep) | | $ 0 |
| 4. Food | | $ 1100 |
| 5. Clothing | | $ 0 |
| 6. Laundry and dry cleaning | | $ 0 |
| 7. Medical and dental expenses | | $ 100 |
| 8. Transportation (not including car payments) | | $ 660 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0 |
| 10. Charitable contributions | | $ 0 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | | $ 0 |
|      b. Life | | $ 0 |
|      c. Health | | $ 0 |
|      d. Auto | | $ 181 |
|      e. Other | | $ 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | | $ 189 |
|      b. Other   **American General Fin** | | $ 320 |
|      c. Other | | $ |
| 14. Alimony, maintenance, and support paid to others | | $ 0 |
| 15. Payments for support of additional dependents not living at your home | | $ 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0 |
| 17. Other | | $ 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5002 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | | $ 4786 |
|    b. Average monthly expenses from Line 18 above | | $ 5002 |
|    c. Monthly net income (a. minus b.) | | $ -216 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____ ,        Case No. _____
                    **Debtor**                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                     **Debtor**

Date 12/12/09                                  Signature: _____
                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

_____
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____              _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

_____
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                    Signature: _____

                                                                 _____
                                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

_NORTHERN_ DISTRICT OF _ILLINOIS_

In re: __Howard, Betty__ ,
Debtor

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.   **Income from employment or operation of business**

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

**2.   Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| | |

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**5.   Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

### 6. Assignments and receiverships

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7. Gifts

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None 

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.    Other transfers**

None 

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

None 

b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.    Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.   Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None


If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None 

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

    NAME                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, records and financial statements**

None
☑   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

    NAME AND ADDRESS                                  DATES SERVICES RENDERED

None
☑   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

    NAME                          ADDRESS                  DATES SERVICES RENDERED

None
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

**20. Inventories**

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                             OF INVENTORY
                                                             (Specify cost, market or other
                                                             basis)

None
☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                             NAME AND ADDRESSES
                                                             OF CUSTODIAN
DATE OF INVENTORY                               OF INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                             NATURE AND PERCENTAGE
NAME AND ADDRESS                TITLE                OF STOCK OWNERSHIP

10

**22 . Former partners, officers, directors and shareholders**

None


a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS              DATE OF WITHDRAWAL

None

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None


If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL             OR DESCRIPTION
                                                         AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None


If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  12/12/09                                    Signature _____
                                                              of Debtor

Date  12/12/09                                    Signature _____
                                                              of Joint Debtor
                                                              (if any)

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____                    Signature _____

_____                          _____
                                                           Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____          _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

NORTHERN District of ILLINOIS

In re Howard, Betty                                    Case No. _____
                Debtor                ,                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>**Citimortgage** | **Describe Property Securing Debt:**<br><br>**Family Residence** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br><br>**Hinsdale Bank & Trust** | **Describe Property Securing Debt:**<br><br>**2004 Hundai Sonata** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

__1__     continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 12/12/09

Signature of Debtor

Signature of Joint Debtor

B 8 (Official Form 8) (12/08) Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** - Continuation

| Property No. | |
|---|---|
| **Creditor's Name:**<br>**American General** | **Describe Property Securing Debt:**<br>2002 Dodge Intrepid |

Property will be *(check one)*:
    ☑ Surrendered         ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt         ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
    ☐ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt         ☐ Not claimed as exempt

# United States Bankruptcy Court
### District Of  **ILLINOIS**

IN RE.   **Howard, Betty -and- Howard, Wayne**

        Debtor(s).                              Case No. _____

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: 12/12/09

_____
Debtor

_____
Joint Debtor

Academy Collection Service
P O Box 16119
Philadelphia PA 19114-0119


Academy Collection Service
10965 Decatur Rd
File #17566297
Philadelphia PA 19154-3210


Acounts Receivable
Management
P O Box 129
Arm #13792102
Thorofare NJ 08086-0129


Adventist Hinsdale
Hospital
P O Box 9247
Oak Brook IL 60522


Adventist Hinsdale
Hospital
P O Box 9247
Oak Brook IL 60522


Adventist Hinsdale
Hospital
P O Box 9247
Oak Brook IL 60522


Advocate Good Samaritan
Hospit
P O Box 1010
Tinley Park IL 60477-9110


Afni Collections
P.o. Box 3427
Ref 032304622-02
Bloomington IL 61702-3427

Allied International
Credit Co
100 East Shore Drive 3rd
Fl
Ref 6339270
Glen Allen VA 23059

American General
P O Box 790368
St Louis MO 63179

American Medical
Collection Ag
P.o. Box 1235
Elmsford NY 10523-0935

Ameriquest
P O Box 17151
Baltimore MD 21297-1151

Associate Pathologists
Joliet
39784 Treasury Center
Chicago IL 60694-9700

Barclay Bank Delaware
P O Box 3330
13053562
Olathe KS 66063-3330

Barclay
125 S West St
Wilmington DE 19801

Bass & Associcates
3936 E Fort Lowell Rd
Tucson AZ 85712-1083

Bottom Line Books
P O Box 11014
Des Moines ID 50336-1014

Bureau Of Collection
Recovery
7575 Corporate Way
Ac 41898495
Eden Prairie MN 55344

Bureau Of Collection
Recovery
P.o. Box 9001
42599518
Minnetonka MN 55345-9001

Bureau Of Collection
Recovery
P.o. Box 9001
30204606
Minnetonka MN 55345-9001

Burr Ridge Family Medicine
P.o. Box 7001
Bolingbrook IL 60440-7001

Burr Ridge Family Medicine
P.o. Box 7001
Bolingbrook IL 6040

Capital Management Service
726 Exchange St Suite 700
Buffalo NY 14210

Capital One
P.o. Box 6492
Carol Stream IL 60197-6492

Capital One
P.o. Box 6492
Carol Stream IL 60197-6492


Ccb Credit Service
P.o. Box 272
Springfield IL 62705-0272


Ccb Credit Services
P.o. Box 272
File # Rz6579
Springfield IL 62705-0272


Chase
P O Box 15153
Wilmington DE 19886-5153


Chase
Cardmember Service
P.o. Box 15153
Wilmington DE 19886-5153


Citibank
10965 Decatur Rd
Philadephia PA 19154


Citibank Aadvantage
P O Box 140310
Toledo OH 43614


Citibank South Dakota
P.o. Box 722910
Houston TX 77272-2910

Citicorp Credit Services
P.o. Box 140310
Toledo OH 43614

Citicorp Credit Services
P.o. Box 140310
Toledo OH 43614

Citimortgage
P O Box 689196
Des Moines IA 50368

City Of Joliet-alarm
System
150 W. Washington St
Joliet IL 60432

Clts In Cardiovasc Med
P O Box 3170
Carol Stream IL 60132-3170

Collection Professionals
P O Box 416
La Salle IL 61301

Consultants In
Cardiovascular
P O Box 3170
Carol Stream IL 60132

Creditors Collection
Bureau
P O Box 63
Kankakee IL 60901

```
Creditors Discount & Audit
P O Box 213
Joliet Fire Department
Streator IL 61364



Creditors Discount & Audit
Co
415 E Main St
E48887-d73143
Streator IL 61364-0213


Csf Security System
5137 W Foster Ave
Chicago IL 60630



Direct Merchants Bank
Payment Center
P.o. Box 17313
Baltimore MD 21297-1313



Direct Merchants Bank
Payment Center
P.o. Box 17313
Baltmore MD 21297-1313



Dupage Emergency Phys
140 Renaissance Dr
Park Ridge IL 60068



Em Strategies
1175 Devin Dr  Ste 173
C/o Medical Business
Bureau
Norton Shores MI 49441


Em Strategies
1175 Devin Dr  Ste 173
Norton Shores MI 49441
```

Em Strategies Ltd
P O Box 366
Hinsdale IL 60522


Encore
P O Box 47248
Oak Park MI 48237


Encore Receivable
Management
P O Box 47248
Encore # 3780755
Oak Park IL 48237

Encore Receivable Managemt
P O Box 47248
Oak Park MI 48237


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville FL 32256-7412


Enhanced Recovery
Corporation
P.o> Box 1967
Southgate MI 48195-0967


Enhanced Recovery
Corporation
8014 Bayberry Rd
Jacksonville FL 32256-7412


First Source Advantage
P.o. Box 628
Ref 13435197
Buffalo NY 14240-0628

Geha
P O Box 4665
Independence MO 64051-4665

Gottlieb Memorial Hospital
P O Box 74867
Chicago IL 60694

Hilco Receivables
8001 N Lincoln Ave  Suite
402
4185866257114887
Skokie IL 60077

Hinsdale Bank & Trust
25 East First St
Hinsdale IL 60521

Hrrg
P.o. Box 189053
Plantation FL 33318-9053

Hrrg
P O Box 5406
0085220653-12796458
Cincinnati OH 45273

Hrrg
P O Box 5406
Cincinnati OH 45273-7942

Hsbc Bank
C/o Redline Recovery
Services
11675 Rainwater Dr  Ste
350
Alpharetta GA 30009-8693

Hsbc Card Service
P.o. Box 17051
Baltimore MD 21297-1051


Hsbc Card Service
P.o. Box 60102
City Of Industry CA
91706-0102


Hsbc Card Service
Payment Center
P.o. Box 17313
Baltimore MD 21297-1313


Hsbc Card Service
P.o. Box 17051
Baltimore MD 21297-1051


Hssi Dba Reza Gamagami Md
P.o. Box 294
Bedford Park IL 60499-0294


I.c. System Inc
444 Highway 96 East
File # 4185866257114887
St Paul MN 55164-0887


Illinois Collection
Service
P O Box 1010
Tinley Par IL 60477-9110


Internal Medicine & Family
1719 Glenwood Ave
Joliet IL 60435

Joliet Radiological
Service
P O Box 1010
Tinley Park IL 60477-9110


Juniper
P.o. Box 13337
Philadelphia PA 19101-3337


Malcolm S Gerald & Assoc
332 South Michigan Ave
Suite 6
File # 011
Chicago IL 60604

Mastercard
Payment Center
P.o. Box 17313
Baltimore MD 21297-1313


Medical Business Bureau
P O Box 1219
Park Ridge IL 60068


Medical Business Bureau
P O Box 1219
Park Ridge IL 60068


Midland Credit Management
P.o. Box 60578
Los Angeles CA 90060


Midland Credit Management
C/o Encore
P O Box 3330
Olathe KS 66063 3330

Midwest Heart Specialists
2396 Paysphere Circle
Chicago IL 60674


Miramed Revenue Group Llc
P.o. Box 77000
Dept 77304
Detroit MI 48377-0304


Nco
P O Box 15636
Wilmington DE 19850


Nco Financial System
507 Prudential Rd
Ref Lhj337
Horsham PA 19044


Nco Financial Systems
P O Box 15372
Wilmington DE 19850-5372


No Il Emerg & Occup Med
33786 Treasury Center
Chicago IL 60694-3700


No Il Emerg & Occup Med
Spec
33786 Treasury Center
Chicago IL 60694


North Shore Agency
P O Box 8901
Westbury NY 11590-8901

Northland Group
P O Box 390905
Minneapolis MN 55439


Orchard Bank
Hsbc Card Services
P.o. Box 17051
Baltimore MD 21297-1051


P & B  Capital Group
461 Ellicott St.  3rd Fl
File # 892921
Buffalo NY 14203-1519


P Scott Lowery Pc
4500 Cherry Creek Dr South
Suite 700
Denver CO 80246


Pain Vanish
P O Box 70101
Philadelphia PA 19176-0101


Pathology Laboratory
Consulta
6965 Reliable Parkway
Chicago IL 60686-0001


Peach Direct/ge Money Bank
P.o. Box 960061
Orlando FL 32896-0061


Pellettieri & Assoc
991 Oak Creek Dr
Ref 4183893
Lombard IL 60148-6408

Prairie Emergency Phys
P O Box 635225
Cincinnati OH 45263-0043


Prairie Emergency Phys
P O Box 5406
Cincinnati OH 45273-7942


Prairie Emergency Serice
P.o. Box 5406
Cincinnati OH 45273-7942


Prairie Emergency Services
P O Box 189016
Plantation FL 33318-0016


Prairie Emergency Services
P O Box 635225
Cincinnati OH 45263-0043


Progressive Financial
Services
P O Box 22083
Tempe AZ 85285


Provena Saint Joseph
Medical
75 Remittance Drive Suite
1366
Chicago IL 60675-1366


Provena St Joseph Medical
75 Remittance Dr  Suite
1959
Chicago IL 60675-1959

Provena St Joseph Medical
75 Remittance Dr  Suite
1959
Chicago IL 60675-1959


Provena St Joseph Medical
Cent
75 Remittance Dr Suite
1959
Chicago IL 60675


Provena St Joseph Medical
Cent
75 Remittance Dr
Suite 1366
Chicago IL 60675-1366


Provena St Joseph Medical
Cent
75 Remittance Dr Suite
1366
Chicago IL 60675-1366


Quest Diagnostics
Incorporated
P O Box 65804
Baltimore MD 21264-4804


Redline Recovery Services
11675 Rainwater Dr  Ste
350
Alpharetta GA 30009-8693


Reiman Publications
P.o. Box 4002872
Des Moines IA 50340-2872


Revenue Cycle Partners
2870 Stoner Court Suite
300
North Liberty ID 5237-8525

Rjm Pathology Consultants
34520 Eagle Way
Chicago IL 60678-1340


Salt Creek Family Medicine
P O Box 7001
Bolingbrook IL 60440-7001


Salt Creek Medical Imaging
777 Oakmont Lane Suite
1200
Westmont IL 60559


Silver Cross Hospital
P O Box 100
Joliet IL 60434-0100


Silver Cross Hospital
P O Box 100
Joliet IL 60434-0100


Silver Cross Hospital
P O Box 100
Joliet IL 60434-0100


Stephen Sokalski
777 Oakmont Lane Suite
1600
C/o Klo Professional
Billing
Wesmont IL 60559

Suburban Cardiologists
333 Chestnut St
Hinsdale IL 60521

Suburban Pulmonary & Sleep
Ass
700 E Ogden Ave #202
Westmont IL 60559


Suburban Radiologist
1446 Momentum Place
Chicago IL 60689


Suburban Radiologists Sc
1446 Momentum Place
Chicago IL 60689-5314


United Collection Bureau
5620 Southwyck Blvd Suite
206
Ucb 50741573
Toledo OH 33614


United Collection Bureau
5620 Southwyck Blvd Suite
206
Ucb #50792866
Toledo OH 43614


United Collection Bureau
5620 Southwyck Blvd Suite
206
Ucb # 50741573
Toledo OH 43614


United Recovery System
P.o. Box 722910
Urs #11689176
Houston TX 77272-2910


Village Of Franklin Park
9500 Belmont Ave
Franklin Park IL 60131

Visvanatha V Giri Md
1060 West 143rd St   Suite
B
Orland Park IL 60462


Washingon Mutual
P O Box 660548
Dallas TX 75266-0548


Washington Mutual
P O Box 660548
File #4185866257114887
Dallas TX 75266-0548


Zorub Clinic Ltd
4700 W 95th St   Suite 201
Oak Lawn IL 60453

Alpine Capital Investments


Merchants Credit
223 W Jackson St
Suite 900
Chicago, IL  60606

National Credit Adjust
327 W. 4th Ave
Hutchinson, KS  67501

State Collection Service
2509 S Stoughton Rd
Madison, WI  53716

American Express
P O Box 981537
El Paso TX 79998